

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-21-00360-CR

Kevin Jason **GONZALES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0029
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief since his last substitution of counsel, Appellant's brief was due on July 5, 2022. *See* Tex. R. App. P. 38.6(a). On the extended due date, Appellant filed a motion for extension, requesting an additional thirty days to file the brief.

Appellant's motion is **granted**; Appellant's brief is due on August 4, 2022.

Any further motion for extension of time to file Appellant's brief is discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court